UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CORDOVA LAWAG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>　　　　　Respondent. | Case No. 22-cv-07064-KAW  (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges a conviction and sentence he received in the Santa Barbara County Superior Court, which lies in the Central District.  Accordingly, this action is TRANSFERRED to the Central District of California as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

　　　　IT IS SO ORDERED.

Dated: November 21 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge