JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HENRY C. LAWAG, | Case No. 2:22-cv-08544-JLS (SK) |
| --- | --- |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN BIRD, | |
| Respondent. | |

Pursuant to the Order Dismissing Untimely Habeas Petition, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 30, 2023

JOSEPHINE L. STATON
United States District Judge